IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-63-D

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KELVIN SNEAD, )<br>)<br>Defendant. ) | **ORDER** |

Kelvin Snead moved for early termination of supervised. See [D.E. 170, 171]. The United States shall file a response not later than October 8, 2021,

SO ORDERED. This 21 day of September, 2021.

JAMES C. DEVER III
United States District Judge