IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-63-D

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KELVIN SNEAD, | ) | |
| | ) | |
| Defendant. | ) | |

Kelvin Snead moved for early termination of his supervised release [D.E. 170, 171]. On October 8, 2021, the government responded in opposition [D.E. 174].

Given defendant's criminal history, serious offense of conviction, and performance on supervised release, the court DENIES Snead's motions for early termination [D.E. 170, 171].

SO ORDERED. This 22 day of October, 2021.

JAMES C. DEVER III
United States District Judge